WILLIAM E. BARHITE, Appellant, *v.* MARY A. BARHITE, Individually and as Administratrix of the Estate of ELBERT BARHITE, Deceased, Respondent, Impleaded with Others.

*Barhite* v. *Barhite*, 157 App. Div. 893, affirmed.
(Argued December 1, 1914; decided December 15, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 9, 1913, affirming a judgment in favor of defendant entered upon the report of a referee in an action in equity to determine the rights of the plaintiff and

the defendant, respondent, in certain savings bank deposits.

*C. E. Sutherlamd* for appellant.

*Samuel Keeler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK and MILLER, JJ. Not sitting: CARDOZO, J.